FRANCES KATZ and Another, Respondents, v. BROOKLYN AND QUEENS TRANSIT CORPORATION, Appellant. and Others, Defendants.— Motion for leave to appeal

to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Adel, Taylor and Close, JJ.